# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 25-2023 |
| Pay Date: | 12/08/23 |
| Inclusive Dates: | 11/18/23 - 12/01/23 |
| **Net Pay:** | **$753.29** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 43 | PENALTY OVERTIME PAYMENT | 3.07 | 138.76 |
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 24.00 | 542.37 |
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 12.35 | 418.64 |
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | 3.98 | 3.98 |
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 56 | SICK LEAVE | 8.00 | 180.79 |
| 25-23 | 1 | Q | 02 | A | 134 | 47,005 | 58 | HOLIDAY LEAVE | 8.00 | 180.79 |
| 25-23 | 2 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 8.00 | 180.79 |
| 25-23 | 2 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 1.55 | 52.54 |
| 25-23 | 2 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | .55 | .55 |
| 25-23 | 2 | Q | 02 | A | 134 | 47,005 | 60 | FULL DAY LWOP HOURS | 32.00 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | **1,699.21** |

## Leave & Retirement Information

### Annual Leave
**Category: 4.00**
**Leave Computation Date: 05/21/22**

| | |
|---|---|
| AL Prior Year Balance | -14.50 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | -14.50 |
| + AL Earned YTD | 24.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 86.06 |
| = Earned Annual Leave Balance | -76.56 |
| + AL Advanced YTD | 12.00 |
| **= Available AL Balance** | **-64.56** |
| AL Used this Pay Period | .00 |

### Sick Leave
**Category: 4.00**

| | |
|---|---|
| SL Prior Year Balance | 5.94 |
| + SL Earned YTD | 24.00 |
| - SL Used YTD | 25.94 |
| **= Current SL Balance** | **4.00** |
| SL Used this Pay Period | 8.00 |

### Other Leave

| | |
|---|---|
| Leave Without Pay (LWOP) | 32.00 |
| Calendar LWOP YTD | 1,560.00 |
| Leave Increment LWOP | 64.00 |

## Retirement

| | | | |
|---|---|---|---|
| YTD: | 431.87 | Total: | 816.57 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 10.85 | YTD USPS 1%: | 98.16 |
| PP Match: | 43.39 | YTD Matching: | 392.58 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .92 | YTD: | 9.56 |

## Earnings Statement Messages

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | **$1,699.21** | **$14,009.31** |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 47.73 | 431.87 |
| Social Security | 73.78 | see YTD below |
| Medicare | 17.26 | see YTD below |
| Federal Tax: S 00 | .00 | 171.48 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 142.40 | 1,139.20 |
| Health Plan After-tax: (Self only) 104 Blue Cross and Blue Shield | .00 | 2,136.00 |
| State Income Tax: PA H 10 | 36.54 | 327.25 |
| PO Indebtedness | 207.22 | 382.88 |
| FSA Health Care | 366.68 | 2,133.32 |
| Social Security (deducted on Ins Income) | .06 | 661.49 |
| Medicare (deducted on Ins Income) | .01 | 154.70 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 54.24 | 490.76 |
| PO Indebtedness | .00 | 712.00 |
| FEDVIP Dental Pre Tax | .00 | 60.57 |
| FEDVIP Vision Pre Tax | .00 | 16.56 |
| **Total Current Pay Period Deductions:** | **945.92** | |
| Total Adjustments Deductions: | .00 | |
| **Total Deductions:** | **$945.92** | **$8,818.08** |
| **Net Pay (Net To Bank):** | **$753.29** | **$5,191.23** |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 26-2023 |
| Pay Date: | 12/22/23 |
| Inclusive Dates: | 12/02/23 - 12/15/23 |
| **Net Pay:** | **$1,073.76** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-23 | 1 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 32.00 | 723.16 |
| 26-23 | 1 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 7.33 | 248.47 |
| 26-23 | 1 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | 1.66 | 1.66 |
| 26-23 | 1 | Q | 02 | A | 134 | 47,005 | 60 | FULL DAY LWOP HOURS | 8.00 | .00 |
| 26-23 | 2 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 40.00 | 903.94 |
| 26-23 | 2 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 10.04 | 340.33 |
| 26-23 | 2 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | 6.51 | 6.51 |
| 26-23 | 2 | | | | | | | FLSA | | .61 |
| | | | | | | | | **Total Hours Gross Pay:** | | **2,224.68** |

## Leave & Retirement Information

### Annual Leave
Category: 4.00

**Leave Computation Date: 05/21/22**

| | |
|---|---|
| AL Prior Year Balance | -14.50 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | -14.50 |
| + AL Earned YTD | 28.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 86.06 |
| = Earned Annual Leave Balance | -72.56 |
| + AL Advanced YTD | 8.00 |
| = Available AL Balance | **-64.56** |
| AL Used this Pay Period | .00 |

### Sick Leave
Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | 5.94 |
| + SL Earned YTD | 28.00 |
| - SL Used YTD | 25.94 |
| = Current SL Balance | **8.00** |
| SL Used this Pay Period | .00 |

### Other Leave

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | 8.00 |

### Leave Without Pay (LWOP)

| | |
|---|---|
| YTD LWOP Hours | 1,568.00 |
| Hours Included in LWOP | 72.00 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 503.46 | Total: | 816.57 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 16.27 | YTD USPS 1%: | 114.43 |
| PP Match: | 65.08 | YTD Matching: | 457.66 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .92 | YTD: | 10.48 |

### Earnings Statement Messages

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | **$2,224.68** | **$16,233.99** |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 71.59 | 503.46 |
| Social Security | 106.37 | see YTD below |
| Medicare | 24.88 | see YTD below |
| Federal Tax: S 00 | .00 | 171.48 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 142.40 | 1,281.60 |
| Health Plan After-tax: (Self only) 104 Blue Cross and Blue Shield | .00 | 2,136.00 |
| State Income Tax: PA H 10 | 52.67 | 379.92 |
| PO Indebtedness | 274.01 | 656.89 |
| PO Indebtedness | .00 | .00 |
| FSA Health Care | 366.68 | 2,500.00 |
| Social Security (deducted on Ins Income) | .06 | 767.92 |
| Medicare (deducted on Ins Income) | .01 | 179.59 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 81.36 | 572.12 |
| Union Dues: L | 30.89 | 30.89 |
| PO Indebtedness | .00 | 712.00 |
| FEDVIP Dental Pre Tax | .00 | 60.57 |
| FEDVIP Vision Pre Tax | .00 | 16.56 |
| **Total Current Pay Period Deductions:** | **1,150.92** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$1,150.92** | **$9,969.00** |
| **Net Pay (Net To Bank):** | **$1,073.76** | **$6,264.99** |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 01-2024 |
| Pay Date: | 01/05/24 |
| Inclusive Dates: | 12/16/23 - 12/29/23 |
| **Net Pay:** | **$629.34** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-24 | 1 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 20.97 | 473.89 |
| 01-24 | 1 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 4.00 | 135.59 |
| 01-24 | 1 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | 2.00 | 2.00 |
| 01-24 | 1 | Q | 02 | A | 134 | 47,005 | 56 | SICK LEAVE | 3.03 | 68.47 |
| 01-24 | 1 | Q | 02 | A | 134 | 47,005 | 60 | FULL DAY LWOP HOURS | 16.00 | .00 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 24 | ABSENCE WITHOUT LEAVE | 11.03 | .00 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 16.00 | 361.58 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | .32 | 10.85 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 56 | SICK LEAVE | .97 | 21.92 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 58 | HOLIDAY LEAVE | 8.00 | 180.79 |
| 01-24 | 2 | Q | 02 | A | 134 | 47,005 | 59 | PARTIAL DAY LWOP HOURS | 4.00 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | **1,255.09** |

## Leave & Retirement Information

### Annual Leave
**Category: 4.00**
**Leave Computation Date: 05/21/22**

| | |
|---|---|
| AL Prior Year Balance | -14.50 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | -14.50 |
| + AL Earned YTD | 28.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 86.06 |
| = Earned Annual Leave Balance | -72.56 |
| + AL Advanced YTD | 4.00 |
| = Available AL Balance | **-68.56** |
| AL Used this Pay Period | .00 |

### Sick Leave
**Category: 4.00**

| | |
|---|---|
| SL Prior Year Balance | 5.94 |
| + SL Earned YTD | 28.00 |
| - SL Used YTD | 29.94 |
| = Current SL Balance | **4.00** |
| SL Used this Pay Period | 4.00 |

### Other Leave

No adjustments for this pay period

### Leave Without Pay (LWOP)

| | |
|---|---|
| PP AWOL LWOP | 20.00 |
| Calendar LWOP YTD | 31.03 |
| Leave Increment LWOP | 23.03 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 48.69 | Total: | 1,320.03 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 11.07 | YTD USPS 1%: | 11.07 |
| PP Match: | 44.26 | YTD Matching: | 44.26 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .92 | YTD: | .92 |

### Earnings Statement Messages

EARNED A/L NEGATIVE
P O INDEBT-PAID OFF

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $1,255.09 | $1,255.09 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 48.69 | 48.69 |
| Social Security | 63.03 | see YTD below |
| Medicare | 14.74 | see YTD below |
| Federal Tax: S 00 | .00 | .00 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 142.40 | 142.40 |
| State Income Tax: PA H 10 | 31.21 | 31.21 |
| PO Indebtedness | 55.11 | 55.11 |
| PO Indebtedness | 88.14 | 88.14 |
| FSA Health Care | 96.15 | 96.15 |
| Social Security (deducted on Ins Income) | .05 | 63.08 |
| Medicare (deducted on Ins Income) | .01 | 14.75 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 55.33 | 55.33 |
| Union Dues: L | 30.89 | 30.89 |
| **Total Current Pay Period Deductions:** | **625.75** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$625.75** | **$625.75** |
| **Net Pay (Net To Bank):** | **$629.34** | **$629.34** |

## Adjustments

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 02-2024 |
| Pay Date: | 01/19/24 |
| Inclusive Dates: | 12/30/23 - 01/12/24 |
| **Net Pay:** | **$960.08** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-24 | 1 | Q | 02 | A | 134 | 47,005 | 24 | ABSENCE WITHOUT LEAVE | 16.00 | .00 |
| 02-24 | 1 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 16.00 | 361.58 |
| 02-24 | 1 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | .79 | 26.78 |
| 02-24 | 1 | Q | 02 | A | 134 | 47,005 | 60 | FULL DAY LWOP HOURS | 8.00 | .00 |
| 02-24 | 2 | Q | 02 | A | 134 | 47,005 | 24 | ABSENCE WITHOUT LEAVE | 4.00 | .00 |
| 02-24 | 2 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 32.00 | 723.16 |
| 02-24 | 2 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 1.23 | 41.69 |
| 02-24 | 2 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | .23 | .23 |
| 02-24 | 2 | Q | 02 | A | 134 | 47,005 | 56 | SICK LEAVE | 4.00 | 90.39 |
| | | | | | | | | **Total Hours Gross Pay:** | | **1,243.83** |

## Leave & Retirement Information

### Annual Leave
**Category: 4.00**
**Leave Computation Date: 05/21/22**

| | |
|---|---|
| AL Prior Year Balance | -14.50 |
| AL Maximum Carryover | 440.00 |
| AL Carried over from Prior Year | -14.50 |
| + AL Earned YTD | 32.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 86.06 |
| = Earned Annual Leave Balance | -68.56 |
| + AL Advanced YTD | .00 |
| **= Available AL Balance** | **-68.56** |
| AL Used this Pay Period | .00 |

### Sick Leave
**Category: 4.00**

| | |
|---|---|
| SL Prior Year Balance | 5.94 |
| + SL Earned YTD | 32.00 |
| - SL Used YTD | 33.94 |
| **= Current SL Balance** | **4.00** |
| SL Used this Pay Period | 4.00 |

### Other Leave

### Leave Without Pay (LWOP)

| | |
|---|---|
| Calendar LWOP | 8.00 |
| Continuous LWOP | 59.03 |
| Leave Increment LWOP | 51.03 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 100.40 | **Total:** | **1,320.03** |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 11.75 | YTD USPS 1%: | 22.82 |
| PP Match: | 47.00 | YTD Matching: | 91.26 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .92 | YTD: | 1.84 |

### Earnings Statement Messages
NO TAX REQUIRES W-4
GRIEVANCE PAYMENT INCL

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | 454.99 | .00 |
| **Total Gross Pay:** | **$1,698.82** | **$2,953.91** |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 51.71 | 100.40 |
| Social Security | 62.33 | see YTD below |
| Medicare | 14.58 | see YTD below |
| Federal Tax: S 00 | .00 | .00 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 142.40 | 284.80 |
| State Income Tax: PA H 10 | 30.86 | 76.03 |
| PO Indebtedness | 202.22 | 290.36 |
| FSA Health Care | 96.15 | 192.30 |
| Social Security (deducted on Ins Income) | .06 | 153.68 |
| Medicare (deducted on Ins Income) | .01 | 35.94 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 58.76 | 114.09 |
| Union Dues: L | 30.89 | 61.78 |
| PO Indebtedness | .00 | 55.11 |
| **Total Current Pay Period Deductions:** | **738.74** | |
| **Total Adjustments Deductions:** | 48.77 | |
| **Total Deductions:** | **$689.97** | **$1,364.49** |
| **Net Pay (Net To Bank):** | **$960.08** | **$1,589.42** |

## Adjustments

---

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 21-2023 |
| Inclusive Dates: | 09/23/23 - 10/06/23 |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 38 | EXTRA 50% PREMIUM | 2.00 | 22.13 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 39 | EXTRA STRAIGHT TIME | 10.00 | 221.34 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 43 | PENALTY OVERTIME PAYMENT | .95 | 42.05 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 52 | WORK HOURS | 24.00 | 531.21 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 53 | OVERTIME HOURS | 4.00 | 132.80 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 54 | NIGHT WORK PREM HOURS | 2.95 | 2.86 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 60 | FULL DAY LWOP HOURS | 16.00 | .00 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 52 | WORK HOURS | -24.00 | -531.21 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 53 | OVERTIME HOURS | -4.00 | -132.80 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 43 | PENALTY OVERTIME PAYMENT | -.95 | -42.05 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 54 | NIGHT WORK PREM HOURS | -2.95 | -2.86 |
| 21-23 | 1 | Q | 01 | A | 134 | 46,038 | 60 | FULL DAY LWOP HOURS | -16.00 | .00 |
| | | | | | | | | **Total Hours Gross Pay** | | **243.47** |

| Description | Amount |
|---|---|
| **Total Additional Pay / Other Compensation:** | |
| **Total Adjustments Gross:** | 243.47 |

| Description | Amount |
|---|---|
| Social Security | 15.10 |
| Medicare | 3.53 |
| State Income Tax: PA H 10 | 7.47 |
| **Total Deductions:** | **26.10** |
| **Adjustments Net:** | **217.37** |

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 22-2022 |
| Inclusive Dates: | 10/08/22 - 10/21/22 |

| Description | Amount |
|---|---|
| Grievance Settlement | 211.52 |
| **Total Additional Pay / Other Compensation:** | **211.52** |
| **Total Adjustments Gross:** | **211.52** |

| Description | Amount |
|---|---|
| Social Security | 13.11 |
| Medicare | 3.07 |
| State Income Tax: PA H 10 | 6.49 |
| **Total Deductions:** | **22.67** |
| **Adjustments Net:** | **188.85** |

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 03-2024 |
| Pay Date: | 02/02/24 |
| Inclusive Dates: | 01/13/24 - 01/26/24 |
| **Net Pay:** | **$1,099.02** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-24 | 1 | Q | 02 | A | 134 | 47,005 | 43 | PENALTY OVERTIME PAYMENT | .45 | 20.34 |
| 03-24 | 1 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 32.00 | 723.16 |
| 03-24 | 1 | Q | 02 | A | 134 | 47,005 | 53 | OVERTIME HOURS | 4.84 | 164.07 |
| 03-24 | 1 | Q | 02 | A | 134 | 47,005 | 54 | NIGHT WORK PREM HOURS | 2.27 | 2.27 |
| 03-24 | 1 | Q | 02 | A | 134 | 47,005 | 58 | HOLIDAY LEAVE | 8.00 | 180.79 |
| 03-24 | 2 | Q | 02 | A | 134 | 47,005 | 52 | WORK HOURS | 16.00 | 361.58 |
| 03-24 | 2 | Q | 02 | A | 134 | 47,005 | 55 | ANNUAL LEAVE | 24.00 | 542.37 |
| | | | | | | | | **Total Hours Gross Pay:** | | **1,994.58** |

## Leave & Retirement Information

| | | |
|---|---|---|
| **Category: 4.00** | **Annual Leave** | |
| **Leave Computation Date: 05/21/22** | | |
| AL Prior Year Balance | | -68.56 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | -68.56 |
| + AL Earned YTD | | 4.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 24.00 |
| = Earned Annual Leave Balance | | -88.56 |
| + AL Advanced YTD | | 100.00 |
| **= Available AL Balance** | | **11.44** |
| AL Used this Pay Period | | 24.00 |
| **Category: 4.00** | **Sick Leave** | |
| SL Prior Year Balance | | 4.00 |
| + SL Earned YTD | | 4.00 |
| - SL Used YTD | | .00 |
| **= Current SL Balance** | | **8.00** |
| SL Used this Pay Period | | .00 |
| | **Other Leave** | |
| | **Leave Without Pay (LWOP)** | |
| Pay Period LWOP | | .00 |
| Calendar LWOP YTD | | 59.03 |

| | |
|---|---|
| **Leave Without Pay (LWOP)** | |
| Calendar LWOP YTD | .00 |
| **Retirement** | |
| YTD: 179.95 | Total: 1,320.03 |

| **FERS USPS Thrift Contributions** | | | |
|---|---|---|---|
| PP 1%: | 18.08 | YTD USPS 1%: | 40.90 |
| PP Match: | 72.32 | YTD Matching: | 163.58 |

| **Insurance Income** | | | |
|---|---|---|---|
| Pay Period: | .92 | YTD: | 2.76 |

### Earnings Statement Messages

EARNED A/L NEGATIVE
NO TAX REQUIRES W-4

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | **$1,994.58** | **$4,948.49** |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 79.55 | 179.95 |
| Social Security | 106.72 | see YTD below |
| Medicare | 24.96 | see YTD below |
| Federal Tax: S 00 | .00 | .00 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 150.79 | 435.59 |
| State Income Tax: PA H 10 | 52.85 | 128.88 |
| PO Indebtedness | 236.95 | 527.31 |
| FSA Health Care | 96.15 | 288.45 |
| FEDVIP Vision Pre Tax | 5.63 | 5.63 |
| FEDVIP Dental Pre Tax | 20.60 | 20.60 |
| Social Security (deducted on Ins Income) | .06 | 260.46 |
| Medicare (deducted on Ins Income) | .01 | 60.91 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 90.40 | 204.49 |
| Union Dues: L | 30.89 | 92.67 |
| PO Indebtedness | .00 | 55.11 |
| **Total Current Pay Period Deductions:** | **895.56** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$895.56** | **$2,260.05** |
| **Net Pay (Net To Bank):** | **$1,099.02** | **$2,688.44** |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | SHARELL W FAGBEYIRO |
| Employee ID: | 06090749 |
| Finance Number: | 41-9044 |
| Pay Location: | 001 |
| Pay Period: | 04-2024 |
| Pay Date: | 02/16/24 |
| Inclusive Dates: | 01/27/24 - 02/09/24 |
| **Net Pay:** | **$1,310.30** |

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 52 | WORK HOURS | 32.00 | 755.45 |
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 53 | OVERTIME HOURS | 3.97 | 140.58 |
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 54 | NIGHT WORK PREM HOURS | 1.97 | 2.07 |
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 55 | ANNUAL LEAVE | 4.00 | 94.43 |
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 56 | SICK LEAVE | 4.00 | 94.43 |
| 04-24 | 1 | Q | 02 | B | 134 | 49,104 | 70 | STEWARDS DUTY TIME | .19 | .00 |
| 04-24 | 2 | Q | 02 | B | 134 | 49,104 | 43 | PENALTY OVERTIME PAYMENT | .04 | 1.89 |
| 04-24 | 2 | Q | 02 | B | 134 | 49,104 | 52 | WORK HOURS | 40.00 | 944.31 |
| 04-24 | 2 | Q | 02 | B | 134 | 49,104 | 53 | OVERTIME HOURS | 6.20 | 219.55 |
| 04-24 | 2 | Q | 02 | B | 134 | 49,104 | 54 | NIGHT WORK PREM HOURS | 2.48 | 2.60 |
| 04-24 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | **2,255.31** |

## Leave & Retirement Information

### Annual Leave
Category: 4.00

**Leave Computation Date: 05/21/22**

| | |
|---|---|
| AL Prior Year Balance | -68.56 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -68.56 |
| + AL Earned YTD | 8.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 28.00 |
| = Earned Annual Leave Balance | -88.56 |
| + AL Advanced YTD | 96.00 |
| = Available AL Balance | **7.44** |
| AL Used this Pay Period | 4.00 |

### Sick Leave
Category: 4.00

| | |
|---|---|
| SL Prior Year Balance | 4.00 |
| + SL Earned YTD | 8.00 |
| - SL Used YTD | 4.00 |
| = Current SL Balance | **8.00** |
| SL Used this Pay Period | 4.00 |

### Other Leave

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Current Pay Period Deductions:** | 945.01 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $945.01 | $3,205.06 |
| **Net Pay (Net To Bank):** | $1,310.30 | $3,998.74 |

## Adjustments

No adjustments for this pay period

### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Pending LWOP | 59.03 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 263.05 | Total: | 1,320.03 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 18.89 | YTD USPS 1%: | 59.79 |
| PP Match: | 75.54 | YTD Matching: | 239.12 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 1.05 | YTD: | 3.81 |

### Earnings Statement Messages

NO TAX REQUIRES W-4
GRIEVANCE PAYMENT INCL

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $2,255.31 | $7,203.80 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 83.10 | 263.05 |
| Social Security | 122.89 | see YTD below |
| Medicare | 28.75 | see YTD below |
| Federal Tax: S 00 | .00 | .00 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 150.79 | 586.38 |
| State Income Tax: PA H 10 | 60.85 | 189.73 |
| PO Indebtedness | 184.69 | 712.00 |
| FSA Health Care | 96.15 | 384.60 |
| FEDVIP Vision Pre Tax | 5.63 | 11.26 |
| FEDVIP Dental Pre Tax | 20.60 | 41.20 |
| Social Security (deducted on Ins Income) | .07 | 383.42 |
| Medicare (deducted on Ins Income) | .01 | 89.67 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 94.43 | 298.92 |
| Union Dues: L | 30.89 | 123.56 |
| Allotment | 66.16 | 66.16 |
| PO Indebtedness | .00 | 55.11 |

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
SHARELL W FAGBEYIRO
**Employee ID:**
06090749
**Finance Number:**
41-9044
**Pay Location:**
001
**Pay Period:**
06-2024
**Pay Date:**
03/15/24
**Inclusive Dates:**
02/24/24 - 03/08/24

## Net Pay:

$177.88

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-24 | 1 | Q | 02 | B | 134 | 49,104 | 24 | ABSENCE WITHOUT LEAVE | 24.00 | .00 |
| 06-24 | 1 | Q | 02 | B | 134 | 49,104 | 43 | PENALTY OVERTIME PAYMENT | .05 | 2.36 |
| 06-24 | 1 | Q | 02 | B | 134 | 49,104 | 52 | WORK HOURS | 16.00 | 377.72 |
| 06-24 | 1 | Q | 02 | B | 134 | 49,104 | 53 | OVERTIME HOURS | 2.00 | 70.82 |
| 06-24 | 1 | Q | 02 | B | 134 | 49,104 | 54 | NIGHT WORK PREM HOURS | 1.05 | 1.10 |
| 06-24 | 2 | Q | 02 | B | 134 | 49,104 | 24 | ABSENCE WITHOUT LEAVE | 32.00 | .00 |
| 06-24 | 2 | Q | 02 | B | 134 | 49,104 | 55 | ANNUAL LEAVE | 7.44 | 175.64 |
| 06-24 | 2 | Q | 02 | B | 134 | 49,104 | 56 | SICK LEAVE | .56 | 13.22 |
| | | | | | | | | **Total Hours Gross Pay:** | | 640.86 |

## Leave & Retirement Information

| Category: 4.00 | Annual Leave |
|---|---:|
| Leave Computation Date: 05/21/22 | |
| AL Prior Year Balance | -68.56 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | -68.56 |
| + AL Earned YTD | 16.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 35.44 |
| = Earned Annual Leave Balance | -88.00 |
| + AL Advanced YTD | 88.00 |
| = Available AL Balance | **.00** |
| AL Used this Pay Period | 7.44 |

| Category: 4.00 | Sick Leave |
|---|---:|
| SL Prior Year Balance | 4.00 |
| + SL Earned YTD | 16.00 |
| - SL Used YTD | 12.56 |
| = Current SL Balance | **7.44** |
| SL Used this Pay Period | .56 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 115.03 |
| Leave Increment LWOP | 56.00 |

### Retirement

| YTD: | 371.08 | Total: | 1,320.03 |
|---|---:|---|---:|

### FERS USPS Thrift Contributions

| PP 1%: | 5.67 | YTD USPS 1%: | 84.35 |
|---|---:|---|---:|
| PP Match: | 22.66 | YTD Matching: | 337.32 |

### Insurance Income

| Pay Period: | 1.05 | YTD: | 5.91 |
|---|---:|---|---:|

### Earnings Statement Messages

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
| | **Pay Period** | **YTD** |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $640.86 | $10,063.22 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | **Pay Period** | **YTD** |
| Retirement: FERS - Ret-FICA Code E | 24.93 | 371.08 |
| Social Security | 22.79 | see YTD below |
| Medicare | 5.34 | see YTD below |
| Federal Tax: H 07 | .00 | 145.81 |
| Health Plan Pre-tax: (Self only) 104 Blue Cross and Blue Shield | 150.79 | 887.96 |
| State Income Tax: PA H 10 | 11.29 | 260.74 |
| FSA Health Care | 96.15 | 576.90 |
| FEDVIP Vision Pre Tax | 5.63 | 22.52 |
| FEDVIP Dental Pre Tax | 20.60 | 82.40 |
| Social Security (deducted on Ins Income) | .07 | 526.96 |
| Medicare (deducted on Ins Income) | .01 | 123.24 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 28.33 | 421.68 |
| Union Dues: L | 30.89 | 185.34 |
| Allotment | 66.16 | 198.48 |
| PO Indebtedness | .00 | 55.11 |
| PO Indebtedness | .00 | 712.00 |
| **Total Current Pay Period Deductions:** | 462.98 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $462.98 | $4,570.22 |
| **Net Pay (Net To Bank):** | $177.88 | $5,493.00 |

## Adjustments

No adjustments for this pay period