Certificate Number: 15317-PAE-DE-038457310

Bankruptcy Case Number: 24-10775



15317-PAE-DE-038457310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2024, at 10:00 o'clock AM PDT, Sharell W Dupree-Fagbeyiro completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 8, 2024              By:     /s/Christel Raz

                                           Name:    Christel Raz

                                           Title:     Counselor