**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| SHARELL FAGBEYIRO aka SHARELL DUPREE, | ) ) ) | CASE NO.: 24-10775-PMM |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| BRIDGECREST ACCEPTANCE CORPORATION, | ) ) | |
| Movant | ) | **HEARING DATE:** |
| vs. | ) ) | Thursday, September 26, 2024 11:00 A.M. |
| SHARELL FAGBEYIRO aka SHARELL DUPREE, | ) ) ) | |
| Respondent(s) | ) ) | |
| and | ) | **LOCATION:** |
| KENNETH E WEST | ) ) | 900 Market Street, Suite 400 Courtroom No. 1 |
| Trustee | ) ) | Philadelphia, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*Bridgecrest Acceptance Corporation, has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Bridgecrest Acceptance Corporation to Repossess Debtor's Property described as a 2019 Volkswagen Jetta Sedan 4D S 1.4L I4 Turbo Auto, V.I.N. 3VWC57BU7KM058658.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 02, 2024 you or your attorney must do all of the following:

      a) file an answer explaining your position at

> *United States Bankruptcy Court Clerk*
> *Robert N.C. Nix, Sr. Federal Courthouse,*
> *900 Market Street, Suite 400,*
> *Philadelphia, PA 19107*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b) mail a copy to the movant's attorney:

*Regina Cohen*
*Lavin, Cedrone, Graver, Boyd & DiSipio*
*Suite 500 190 North Independence Mall West 6th & Race Streets*
*Philadelphia, PA 19106*
*(215) 351-7551*
*(215) 627-2551 Fax*

   *and*

*KENNETH E WEST*
*1234 MARKET STREET - SUITE 1813*
*Philadelphia, PA 19107*

   *and*

*United States Trustee*
*Robert N.C. Nix Federal Building,*
*900 Market Street Suite 320*
*Philadelphia, PA 19107*

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable PATRICIA M. MAYER on Thursday, September 26, 2024 at 11:00 A.M., Courtroom #1 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 19, 2024