**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sharell Fagbeyiro a/k/a Sharell Dupree <br> <u>Debtor(s)</u> | CHAPTER 13 |
| MIDFIRST BANK <br> <u>Moving Party</u> | |
| vs. | NO. 24-10775 PMM |
| Sharell Fagbeyiro a/k/a Sharell Dupree <br> <u>Debtor(s)</u> | |
| Kenneth E. West <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

**Date: September 5, 2024**

_Patricia M. Mayer_

_____
United States Bankruptcy Judge