United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10775-pmm |
| Sharell Fagbeyiro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 05, 2024 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharell Fagbeyiro, 219 Barker Avenue, Sharon Hill, PA 19079-1505 |
| 14862565 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 14862285 | + | lankenau medical center, 100 e lancaster ave, Wynnewood, PA 19096-3400 |
| 14862288 | + | main line health broomall, 1991 sproul rd, Broomall, PA 19008-3512 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 06 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 00:24:56 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 00:51:37 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14862270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 06 2024 00:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14862271 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 06 2024 00:21:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14880319 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 01:59:32 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863345 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 00:24:20 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 06 2024 01:59:32 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14862272 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14862273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14862274 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 24-10775-pmm    Doc 39    Filed 11/07/24    Entered 11/08/24 00:36:54    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 05, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14862275 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2024 00:24:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14862278 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 06 2024 01:59:33 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14862287 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 06 2024 00:25:44 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14862276 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2024 00:21:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14862277 | + | Email/Text: mrdiscen@discover.com | Nov 06 2024 00:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14862280 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2024 00:24:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14862279 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2024 00:25:44 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14862281 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 06 2024 00:21:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14876524 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14876484 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 00:21:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 14862283 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 00:21:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14864606 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 00:24:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14862286 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 00:24:30 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14867299 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 00:24:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14876473 | ^ | MEBN | Nov 06 2024 00:00:36 | MIDFIRST BANK, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14862293 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2024 00:21:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14883119 | | Email/Text: bankruptcynotice@nymcu.org | Nov 06 2024 00:21:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007 |
| 14862289 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 01:59:30 | Merrick Bank/Card Works, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14883106 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 06 2024 00:25:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14874857 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2024 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14862290 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2024 00:21:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14862291 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2024 00:21:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14862292 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 06 2024 00:52:53 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14862294 | | Email/Text: bankruptcynotice@nymcu.org | Nov 06 2024 00:21:00 | Municipal Credit Union, Attn: Bankuptcy, Pob 3205, Church St Station, New York City, NY |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| 14870121 | + Email/Text: ext_ebn_inbox@navyfederal.org | | 10007 |
| | | Nov 06 2024 00:21:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14862295 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 06 2024 00:21:00 | Navy FCU, PO Box 2464, Merrifield, VA 22116-2464 |
| 14862296 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 06 2024 00:21:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14862297 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 06 2024 00:21:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14862298 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2024 01:59:27 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14883601 | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2024 00:21:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14862300 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 06 2024 00:21:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 14862299 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2024 00:21:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14883284 | + Email/PDF: ebn_ais@aisinfo.com | Nov 06 2024 00:24:20 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14862301 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2024 00:25:41 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14862302 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2024 00:52:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14869912 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2024 00:21:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14862303 | + Email/Text: LCI@upstart.com | Nov 06 2024 00:21:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14862305 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 06 2024 00:25:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14862282 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2024 00:21:00 | irs, po box 7346, Philadelphia, PA 19101-7346 |
| 14862284 | + Email/Text: bankruptcy.us@klarna.com | Nov 06 2024 00:21:00 | klarna inc, 800 n high st, ste 400, Columbus, OH 43215-1430 |
| 14862304 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 06 2024 00:21:00 | us attorneys office, 615 chestnut street, 12th floor, Philadelphia, PA 19106-4490 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdf900 | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Sharell Fagbeyiro bky@dilworthlaw.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Sharell Fagbeyiro ) Chapter 13
) 
) 
) 
Debtor. ) Bankruptcy. No. 24-10775-pmm

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: November 5, 2024

_Patricia M. Mayer_
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge