**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharell Fagbeyiro | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 24-10775 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on November 25, 2024, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Date: December 9, 2024        /s/ Michelle Lee, Esq.
                              Dilworth Paxson LLP
                              1500 Market Street, Suite 3500E
                              Philadelphia, PA 19102